

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00065-CV

---

CURTIS BARLOW, APPELLANT

V.

ALDER RAY NASH, AMARILLO AMIGO HOMES, LLC,
AND FIRSTBANK SOUTHWEST, APPELLEES

---

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 110776-A-CV, Honorable Dee Johnson, Presiding

---

July 12, 2024

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Curtis Barlow, appeals from the trial court's final judgment. We previously abated this appeal to permit the parties to finalize a settlement agreement. Now pending before the Court is the parties' joint motion, notifying the Court that the parties have entered into a settlement agreement and requesting that the Court "abate the appeal and permit proceedings in the trial court to effectuate the agreement." We reinstate the appeal and grant the motion.

Accordingly, this cause is abated and remanded to the trial court pursuant to Rule of Appellate Procedure 42.1(a)(2)(C). On remand, the trial court shall conduct proceedings necessary to effectuate the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(C). The parties are directed to file a status report of the trial court proceedings within 20 days of this order. Upon final effectuation of the parties' settlement agreement, Barlow shall file a motion to reinstate and dismiss this appeal.

Per Curiam

It is so ordered.